UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRITTANY ALEXANDRA HOSKEN, | ) | |
| | ) | Case No. 2:17-cv-02025-RFB-NJK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LESLIE ALAN MONROE, et al., | ) | (Docket No. 7) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the Parties' Proposed Joint Discovery Plan and Scheduling Order. Docket No. 7. Prior to removal to this Court, this case was in state court for some time. Accordingly, the Court **DENIES** the discovery plan filed at Docket No. 7 without prejudice and requires the Parties to file, no later than August 30, 2017, notice of what discovery, if any, has been conducted to date.[1] A renewed joint discovery plan and scheduling order shall be filed no later than September 1, 2017.

IT IS SO ORDERED.

Dated: August 28, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] It appears to the Court that the Defendant has not filed copies of all pleadings and orders filed in state court with their petition for removal as required by 28 U.S.C. § 1446(a). If this is the case, Defendant shall file all required documents within seven days.