UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY ALEXANDRA HOSKEN,<br>                  Plaintiff,<br>v.<br>LESLIE ALAN MONROE, et al.,<br>                  Defendants. | Case No. 2:17-cv-02025-RFB-NJK<br><br>ORDER<br><br>(Docket No. 25) |

Before the Court is the parties' interim status report, wherein the parties submit that they have reached a settlement. Docket No. 25. The Court **ORDERS** the parties to file a stipulation of dismissal no later than June 6, 2018.

IT IS SO ORDERED.

Dated: May 7, 2018

                                                      _____<br>
                                                      NANCY J. KOPPE<br>
                                                      United States Magistrate Judge