CORY R. EICHELBERGER
Nevada Bar No. 10577
STEVEN L. FOREMASTER
Nevada Bar No. 10350
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Cory.Eichelberger@lewisbrisbois.com
E-Mail: Steven.Foremaster@lewisbrisbois.com
*Attorneys for Defendant*
*Leslie Alan Monroe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY ALEXANDRA HOSKEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE ALAN MONROE, an individual; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-02025-RFB-NJK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED and AGREED between Plaintiff Brittany Alexandra Hosken ("Plaintiff"), by and through her attorneys of record, Nathan S. Deaver, Esq. and Brice J. Crafton, Esq., of the law firm of Deaver & Crafton, and Defendant Leslie Alan Monroe ("Defendant"), by and through his attorneys of record, Cory R. Eichelberger, Esq. and Steven L. Foremaster, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith, LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 9th day of May, 2018      Dated this 7th day of May, 2018

LEWIS BRISBOIS BISGAARD & SMITH LLP      DEAVER & CRAFTON

4822-4452-0036.1

| By: /s/ Steven L. Foremaster | By: /s/ Brice J. Crafton |
|---|---|
| Cory R. Eichelberger, Esq. | Nathan S. Deaver, Esq. |
| Nevada Bar No. 10577 | Nevada Bar No. 11947 |
| Steven L. Foremaster, Esq. | Brice J. Crafton, Esq. |
| Nevada Bar No. 10350 | Nevada Bar No. 10558 |
| 6385 S. Rainbow Blvd., Ste. 600 | 810 E. Charleston Blvd. |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys Plaintiff* |
| *Leslie Alan Monroe* | *Brittany Alexandra Hosken* |

ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of May, 2018.

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By___/s/ Steven L. Foremaster___
Cory R. Eichelberger, Esq.
Nevada Bar No. 10577
Steven L. Foremaster, Esq.
Nevada Bar No. 10350
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Leslie Alan Monroe*